UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW J. PALADA,

    Defendant.

**WAIVER OF INDICTMENT**

CASE NUMBER:

    I, MATTHEW J. PALADA, the above named defendant, who is accused of smuggling merchandise into the United States, in violation of Title 18, United States Code, Sections 545 and 2, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on  September 13, 2006  prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
             Judicial Officer